Young Bin Yim, CA State Bar No. 232340
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
Fedcourt@binderlawfirm.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laura Patricia Melendez,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security,<br><br>　　Defendant. | 2:25-CV-00313-CAS-MBK<br><br>~~PROPOSED~~ ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920 |

　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of SIX THOUSAND THREE HUNDRED FORTY SIX DOLLARS AND THIRTY SEVEN CENTS ($6,346.37), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED AND FIVE DOLLARS ($405.00), subject to the terms of the above-referenced Stipulation.

Dated:　　5/29/2025　　　　　　　　　　　　/s/ Michael B. Kaufman
　　　　　　　　　　　　　　　　　　　　　Michael B. Kaufman
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge